# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HIPOLITO, | ) |
| | ) Case No.: 2:16-cv-02472-VEB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) AWARDING EAJA FEES AND COSTS |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the Stipulation.

DATED this 15th day of November 2017.

                                          /s/Victor E. Bianchini
                                          VICTOR E. BIANCHINI
                                          UNITED STATES MAGISTRATE JUDGE